**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Jorge Montalvo v. The State of Texas

Appellate case number:       01-20-00109-CR

Trial court case number:      1526956

Trial court:                          174th District Court of Harris County

This case was abated and remanded to the trial court on July 14, 2020. In our abatement order, we directed the trial court to conduct a hearing to clarify appellant, Jorge Montalvo's right of appeal and, if necessary, execute an amended certification of appellant's right to appeal. On July 13, 2021, we issued a second order of abatement, directing the trial court to hold the hearing ordered in our July 14, 2020 order within fifteen days of the date of the order.

On July 30, 2021, the trial court entered an amended certification of appellant's right to appeal, indicating that the trial court has granted appellant permission to appeal "limited to matters raised during the sentencing hearing." Accordingly, on September 17, 2021, Montalvo filed a "Motion to Lift Abatement and Reinstate Appeal."

Montalvo's motion is **granted**, and this case is **reinstated** on the Court's active docket. **Montalvo's appellant's brief is due to be filed within thirty days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                          ☑ Acting individually     ☐ Acting for the Court

Date:   ___September 23, 2021____